299 So.2d 779

**In re Norman R. McHENRY and Cornelius Sims Brady**

**v.**

**CITY OF MOBILE.**

**Ex parte Norman R. McHenry and Cornelius Sims Brady.**

**SC 840.**

Supreme Court of Alabama.

Aug. 29, 1974.

Rehearing Denied Sept. 19, 1974.

Braxton L. Kittrell, Jr., Mobile, for petitioner.

No brief for respondent.

FAULKNER, Justice.

Petition of Norman R. McHenry and Cornelius Sims Brady for Certiorari to the Court of Criminal Appeals to review and

revise the judgment and decision of that Court in Brady v. City of Mobile, 53 Ala. App. 739, 299 So.2d 779.

Writ granted;

Writ quashed as being improvidently granted.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.